with ten dollars costs.    Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

Joseph Havender v. Sophie Brodbeck.— Application denied, with ten dollars costs.   Order signed.   Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

Leo Mandelstamm v. Abe Brill Company.— Application denied, with ten dollars costs.   Order signed.   Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

Locomobile Company v. Edwin Nichols.—Application granted.   Order signed.  Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

Locomobile Company v. Edwin Nichols.— Motion granted.   Present— Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

Ziliak Schafer Milling Company v. Henry C. Schwall.— Application denied, with ten dollars costs.   Order signed.   Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

Jacob Blinderman v. Samuel Geib.— Application denied, with ten dollars costs.   Order signed.   Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

Jacob Blinderman v. Samuel Geib.— Motion denied, with ten dollars costs.   Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

Frederick Kitelson v. Steel and Masonry Contracting Company.   Charles Youngquist v. Steel and Masonry Contracting Company.— Application denied, with ten dollars costs.   Order signed.   Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

Frederick Kitelson v. Steel and Masonry Contracting Company.   Charles Youngquist v. Steel and Masonry Contracting Company.— Motion denied, with ten dollars costs.   Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

Dry Milk Company v. Louis R. Price and Another.— Application denied, with ten dollars costs.   Order signed.   Present— Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

Dry Milk Company v. Louis R. Price and Another.— Motion denied, with ten dollars costs.   Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

Marine Ice Company v. Robert Rowley.— Application denied, with ten dollars costs.   Order signed.   Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

Morris Rosenkrantz v. Greenhut Siegel Cooper Company.— Application denied, with ten dollars costs.   Order signed.   Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

Morris Rosenkrantz v. Greenhut Siegel Cooper Company.— Motion denied, with ten dollars costs.— Present — Ingraham, P. J., McLaughlin, Scott, Dowling and Hotchkiss, JJ.

In the Matter of Martin O'Brian.— Referee's report approved and proceedings dismissed.   Order to be settled on notice.   Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.